USDC SCAN INDEX SHEET







MICROSOFT CORP

MICRO STAR

ACR    11/20/97    14:04
3:96-CV-02196
*66*
*DECL.*

Case 3:96-cv-02196-E-AJB   Document 66   Filed 11/19/97   PageID.721   Page 2 of 4

Law Offices
**FLYNN, SHERIDAN, TABB & STILLMAN**
P.O. Box 690
6129 La Flecha
Rancho Santa Fe, California 92067
(619) 759-7000

PHILIP H. STILLMAN, Bar # 152861
STEPHEN S. LUX, Bar # 109104

Attorneys for Defendants

ORIGINAL (SPACE BELOW PROVIDED FOR FILING STAMP ONLY)



FILED
NOV 19 1997
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

## UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>           Plaintiff,<br><br>vs.<br><br>MICRO STAR, a California partnership; STEPHEN H. BENEDICT TECHNOLOGIES, INC., dba MICRO STAR SOFTWARE; STEPHEN H. BENEDICT, dba MICRO STAR SOFTWARE; STEPHEN H. BENEDICT, an individual; PAUL FRIEDMAN, an individual; and DOES 1 through 100 inclusive,<br><br>           Defendants. | CASE NO.: 96-2196E (AJB)<br><br>DECLARATION OF STEPHEN S. LUX IN SUPPORT OF DEFENDANTS' *EX PARTE APPLICATION* TO STRIKE MICROSOFT CORPORATION'S "REQUEST FOR ADDITIONAL SANCTIONS ON ITS MOTION FOR CIVIL CONTEMPT"<br><br>Trial Date: December 16, 1997<br>Time: 9:00 a.m.<br>Location: Courtroom of the Honorable William Enright |



I, Stephen S. Lux, declare:

1. I am a member of the law firm of Flynn, Sheridan, Tabb & Stillman, counsel for defendants. I am making this declaration on behalf of Philip Stillman, a partner with this law firm, because he is presently out of town engaged in trail. Mr. Stillman's declaration setting forth the facts stated herein below was rejected by the clerk's office because it contained an authorized facsimile of his signature rather than an original, hand-signed signature. Based on my discussions with Mr. Stillman, I am informed and believe and based thereon declare as follows, and if called upon to testify, I could and would competently testify to the matters stated herein.

2. Micro Star Software entered into the stipulation to end the barrage of legal attacks on Micro Star by Microsoft and to save itself from being bankrupt and unfairly driven out of the market by this megopolist. It would permit future suits for future violations.

3. It was the understanding of Micro Star Software the parties when the stipulated money judgment and injunction were entered, that this would end the onslaught of Microsoft's legal team of all suits arising from facts arising prior to the injunction. The injunction, in other words, was to function prospectively.

4. Micro Star Software simply would not waive a jury, a full trial and allow Microsoft to bring all actions it could have brought prior to the agreements now in the form of a contempt proceeding.

5. Micro Star Software contemplated the stipulated judgment would end Microsoft's legal attacks and anti-competitive conduct toward Micro Star

6. Similar to the pattern of harassing conduct cited by the U.S. Department of Justice regarding Microsoft's violation of the 1995 Court Order, Microsoft here attempts to use its legal might and oppressive legal tactics to drive another computer company out of the market.

7. Plaintiff faxed their "request" to defendants on Thursday afternoon, November 13, 1997.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, and that this declaration was executed on November 19, 1997, in Rancho Sante Fe, California.

_____
Stephen S. Lux